■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN JOHNSON, Respondent, v NEW YORK STATE BOARD OF PAROLE et al., Appellants.— Order, Supreme Court, Bronx County, entered on December 12, 1979 unanimously reversed, on the law, the order vacated, and the writ of prohibition dismissed, without costs and without disbursements. (See *People ex rel. Lambertis v New York State Bd. of Parole,* 72 AD2d 694.) Concur—Sandler, J. P., Sullivan, Ross, Markewich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO MARRERO, Appellant.—Judgment, Supreme Court, New York County, rendered on June 21, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sullivan, Ross, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SAGREDO, Also Known as FREDDY BETANCES, Appellant.—Judgment, Supreme Court, New York County, rendered on December 10, 1975, unanimously affirmed. This court commends Lewis I. Wolf, Esq., for an exceptionally thorough and competent brief. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Ross, Markewich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BROWN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 17, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 378; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Bloom, JJ.

■ In the Matter of FRANK L. MILLER, for Reinstatement to the Bar.— Reference order as indicated in the order of this court. Pending receipt of the Referee's report, determination of petitioner's motion for reinstatement is held in abeyance. Concur—Birns, J. P., Sandler, Ross, Lupiano and Silverman, JJ.

■ JAMES CARTER, v FRITO-LAY, INC.,—Motion, insofar as it seeks reargument, denied. Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" Concur— Kupferman, J. P., Sandler, Sullivan, Silverman and Carro, JJ.